UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>VINE DINING ENTERPRISES, INC.,<br><br>          Defendant. | Case No.  5:21-cv-03001-EJD<br><br>**JUDGMENT** |

On November 9, 2021, the Court dismissed the action for failure to prosecute. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant Vine Dining Enterprises, Inc. and against Plaintiff Scott Johnson.

**IT IS SO ORDERED.**

Dated: November 9, 2021

EDWARD J. DAVILA
United States District Judge

Case No.: 5:21-cv-03001-EJD
JUDGMENT

1